STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 1996

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          )    CR. NO. 96 00224 DAE
                                   )
                  Plaintiff,       )    INDICTMENT
                                   )
        vs.                        )    [18 U.S.C. §§ 1015; 1425(b)]
                                   )
MONICO PIANO PATAO, JR.,           )
                                   )
                  Defendant.       )
_____)

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 20, 1992, in the District of Hawaii, the Defendant, MONICO PIANO PATAO, JR., knowingly applied for Naturalization to which he was not entitled, in violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

The Grand Jury further charges:

On or about February 20, 1992, in the District of Hawaii, the Defendant, MONICO PIANO PATAO, JR., knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that the Defendant stated on his INS Form N-400, Application to file Petition for Naturalization, that he had been married one time and that the date of his marriage was September 6, 1990, when in fact, as the Defendant knew, he was married on May 24, 1983, a fact which was material in that the true information would have revealed that his initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

## COUNT 3

The Grand Jury further charges:

On or about June 18, 1992, in the District of Hawaii, the Defendant, MONICO PIANO PATAO, JR., knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that he had been married one time and that the date of his marriage was September 6, 1990, when in fact, as the Defendant knew, he was married on May 24, 1983, a fact which was material in that the true information would have revealed that his initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

2

COUNT 4

The Grand Jury further charges:

On or about May 25, 1993, in the District of Hawaii, the Defendant, MONICO PIANO PATAO, JR., knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that he had been married one time and that the date of his marriage was September 6, 1990, when in fact, as the Defendant knew, he was married on May 24, 1983, a fact which was material in that the true information would have revealed that his initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

DATED: _February 22_____, 1996, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney